United States Court of Appeals
 for the district of columbia circuit
 
 
 
No. 98-7206 September Term, 1999

Transamerica Leasing, Inc., et al.,
 Appellees
 
v.

La Republica de Venezuela and
Fondo de Inversiones de Venezuela, 
 Appellants
 

 Before: Ginsburg, Henderson, and Tatel, Circuit Judges.

 O R D E R

 It is Ordered, by the Court, that the opinion filed January 21, 2000 is amended as follows:

 At page 10, line 35

 Replace "b." with "2."

 At page 19, line 7

 Replace "the plaintiffs have" with "Venezuela has"

 

PER CURIAM
FOR THE COURT:
 
Mark J. Langer, Clerk

Filed on February 9, 2000